IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12-00291-18-CR-W-GAF |
| ) | |
| RAHMON ALLEN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Defendant's Motion to Dismiss Indictment (Doc. #828). Defendant seeks dismissal of the Second Superseding Indictment against him due to a violation of his right to a speedy trial.

On November 6, 2018, United States Magistrate Judge John T. Maughmer issued his Report and Recommendation (Doc. #846). On November 20, 2018, Defendant's Objections to the Report and Recommendation (Doc. #849) were filed.

Upon careful and independent review of the pending motion, defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is hereby ORDERED that Defendant's Motion to Dismiss Indictment (Doc. #828) is DENIED.

SO ORDERED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: November 28, 2018