IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 12-00291-18-CR-W-GAF |
| RAHMON ALLEN, | |
| Defendants. | |

GOVERNMENT'S LIST OF EXHIBITS

Comes now the United States of America and files the attached list of exhibits which the Government may offer in its case-in-chief during this trial.

Respectfully submitted,

Timothy A. Garrison
United States Attorney

By    */s/ Stefan C. Hughes*

Stefan C. Hughes, # 40239
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 E. 9th Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on this July 19, 2019, to the Electronic Filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Stefan C. Hughes*_____
Stefan C. Hughes
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

             Plaintiff,

v.                             Case No. 12-00291-18-CR-W-GAF

RAHMON ALLEN,

             Defendant.

## E X H I B I T S

˗   =   Offered & admitted without objection.
X.   =   Offered & admitted over objection.
Ex.   =   Offered, but objected to and excluded.
N.O.   =   Marked but not offered.
D.B.   =   Admitted, de bene.
W.D.   =   Offered then withdrawn.
Ltd.   =   Admitted for limited purpose.

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | Audio compact discs containing pertinent intercepted telephone calls. Telephone calls were captured on the Andre Taylor T-III. |
| 2 | | | | Intercepted Telephone Call- Session # 2783. Call between Andre Taylor and Alan Sanchez on 08/29/2012. |

    I certify that I have this date _____ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

_____

_____

_____
                            PRINTED NAME
_____
                            SIGNATURE

| | | | | |
|---|---|---|---|---|
| 3 | | | | Transcript of Telephone Call- Session # 2751. Call between Andre Taylor and Robert Taylor on 06/11/2012. |
| 4 | | | | Transcript of Telephone Call- Session # 1371. Call between Andre Taylor and Robert Taylor on 08/14/2012. |
| 5 | | | | Transcript of Telephone Call- Session # 2783. Call between Andre Taylor and Alan Sanchez on 08/29/2012. |
| 6 | | | | Title III order, 10-WT-0020-GAF authorizing intercepts of 816-218-9925 on 10/20/2010 thru 11/15/2010. |
| 7 | | | | Title III order, 12-WT-0009-GAF authorizing intercepts of 816-590-0818 and 816-446-6448 on 03/19/2012 thru 04/17/2012. |
| 8. | | | | Title III order, 12-WT-0009-GAF (Ext. 1) authorizing intercepts of 816-590-0818 and 816-446-6448 on 04/25/2012 thru 05/24/2012. |
| 9. | | | | Title III order, 12-WT-0009-GAF (Ext. 2) authorizing intercepts of 816-590-0818, 678-468-9497 and 816-446-6448 on 06/08/2012 thru 07/07/2012. |
| 10. | | | | Title III order, 12-WT-0009-GAF (Ext. 3) authorizing intercepts of 816-590-0818, 816-446-6448 and 816-612-7786 on 08/03/2012 thru 09/01/2012. |
| 11. | | | | SW Photograph 2310 Hardesty, (DSC0002) Outside front of 2310 Hardesty (Overall) |
| 12. | | | | SW Photograph 2310 Hardesty, (DSC0004) South side of 2310 Hardesty with truck (Overall) |
| 13. | | | | SW Photograph 2310 Hardesty, (DSC0005) South side of 2310 Hardesty with truck and trailer (Overall) |

| | | | | |
|---|---|---|---|---|
| 14. | | | | SW Photograph 2310 Hardesty, (DSC0006) Westside of 2310 Hardesty with truck and trailer and Andre Taylor's car (Overall) |
| 15. | | | | SW Photograph 2310 Hardesty, (DSC0017) Bales of marijuana inside (Overall) |
| 16. | | | | SW Photograph 2310 Hardesty, (DSC0026) Plastic wrapping (Overall) |
| 17. | | | | SW Photograph 2310 Hardesty, (DSC0027) Bales of marijuana inside (Overall) |
| 18. | | | | SW Photograph 2310 Hardesty, (DSC0029) Bales of marijuana inside (Overall) |
| 19. | | | | SW Photograph 2310 Hardesty, (DSC0037) Bales of marijuana in kitchen (Overall) |
| 20. | | | | SW Photograph 2310 Hardesty, (DSC0040) Money on table (Overall) |
| 21. | | | | SW Photograph 2310 Hardesty, (DSC0042) Money on table with identification (Intermediate) |
| 22. | | | | SW Photograph 2310 Hardesty, (DSC0043) Andre Taylor identification on table (Close) |
| 23. | | | | SW Photograph 2310 Hardesty, (DSC0044) Surveillance camera NE corner (Overall) |
| 24. | | | | SW Photograph 2310 Hardesty, (DSC0045) Surveillance camera NE corner (Close) |
| 25. | | | | SW Photograph 2310 Hardesty, (DSC0046) Surveillance camera SE corner (Overall) |
| 26. | | | | SW Photograph 2310 Hardesty, (DSC0048) Surveillance camera SE corner (Close) |
| 27. | | | | SW Photograph 2310 Hardesty, (DSC0049) Surveillance camera monitoring equipment (Overall) |

| #   |   |   |   | Description |
|-----|---|---|---|-------------|
| 28. |   |   |   | SW Photograph 2310 Hardesty, (DSC0050) Surveillance camera monitoring equipment (Close) |
| 29. |   |   |   | SW Photograph 2310 Hardesty, (DSC0052) Surveillance camera NW corner (Overall) |
| 30. |   |   |   | SW Photograph 2310 Hardesty, (DSC0053) Surveillance camera NW corner (Close) |
| 31. |   |   |   | SW Photograph 2310 Hardesty, (DSC0054) Surveillance camera SW corner (Overall) |
| 32. |   |   |   | SW Photograph 2310 Hardesty, (DSC0055) Surveillance camera SW corner (Close) |
| 33. |   |   |   | SW Photograph 2310 Hardesty, (DSC0057) Plastic packaging (Overall) |
| 34. |   |   |   | SW Photograph 2310 Hardesty, (DSC0058) Cellular phone (Overall) |
| 35. |   |   |   | SW Photograph 2310 Hardesty, (DSC0059) Cellular phone (Overall) |
| 36. |   |   |   | SW Photograph 2310 Hardesty, (DSC0061) Gun in closet (Overall) |
| 37. |   |   |   | SW Photograph 2310 Hardesty, (DSC0062) Gun in closet (Intermediate) |
| 38. |   |   |   | SW Photograph 2310 Hardesty, (DSC0063) Gun in closet (Close) |
| 39. |   |   |   | SW Photograph 2310 Hardesty, (DSC0065) Gun in closet (Close) |
| 40. |   |   |   | SW Photograph 2310 Hardesty, (DSC0066) Diamond "AT" pendant (Close) |
| 41. |   |   |   | SW Photograph 2310 Hardesty, (DSC0067) Vacuum seal bags (Overall) |
| 42. |   |   |   | SW Photograph 2310 Hardesty, (DSC0068) Vacuum seal bags (Close) |
| 43. |   |   |   | SW Photograph 2310 Hardesty, (DSC0071) Digital scales in kitchen (Overall) |
| 44. |   |   |   | SW Photograph 2310 Hardesty, (DSC0072) Marijuana in kitchen (Overall) |
| 45. |   |   |   | SW Photograph 2310 Hardesty, (DSC0074) Marijuana in kitchen (Close) |
| 46. |   |   |   | SW Photograph 2310 Hardesty, (DSC0076) Digital scale with white residue (Close) |

| # | | | | Description |
|---|---|---|---|---|
| 47. | | | | SW Photograph 2310 Hardesty, (DSC0079) Pyrex with white residue (Close) |
| 48. | | | | SW Photograph 2310 Hardesty, (DSC0083) Marijuana in kitchen cabinet (Overall) |
| 49. | | | | SW Photograph 2310 Hardesty, (DSC0084) Marijuana in kitchen cabinet (Close) |
| 50. | | | | SW Photograph 2310 Hardesty, (DSC0085) Gun loaded (Close) |
| 51. | | | | SW Photograph 2310 Hardesty, (DSC0087) 5.7 x 28 round (Close) |
| 52. | | | | SW Photograph 2310 Hardesty, (DSC0090) Police scanner (Overall) |
| 53. | | | | SW Photograph 2310 Hardesty, (DSC0091) Police scanner (Close) |
| 54. | | | | SW Photograph 2310 Hardesty, (DSC0094) Marijuana packaging (Overall) |
| 55. | | | | SW Photograph 2310 Hardesty, (DSC0095) Marijuana packaging (Intermediate) |
| 56. | | | | SW Photograph 2310 Hardesty, (DSC0096) Marijuana packaging (Close) |
| 57. | | | | SW Photograph 2310 Hardesty, (DSC0098) Concrete packaging (Overall) |
| 58. | | | | SW Photograph 2310 Hardesty, (DSC0099) Marijuana packaging (Close) |
| 59. | | | | SW Photograph 2310 Hardesty, (DSC0106) Marijuana packaging (Close) |
| 60. | | | | SW Photograph 2314 Hardesty, (DSC0002) Outside east side of 2314 Hardesty (Overall) |
| 61. | | | | SW Photograph 2314 Hardesty, (DSC0034) Gun (Overall) |
| 62. | | | | SW Photograph 2314 Hardesty, (DSC0036) Gun (Close) |
| 63. | | | | SW Photograph 2314 Hardesty, (DSC0037) Gun (Close) |
| 64. | | | | SW Photograph 2314 Hardesty, (DSC0039) Gun loaded (Close) |
| 65. | | | | SW Photograph 2314 Hardesty, (DSC0042) Outside west side of 2314 Hardesty (Overall) |

| # | | | | Description |
|---|---|---|---|---|
| 66. | | | | SW Photograph 2314 Hardesty, (DSC0056) Mail addressed to Harlon Taylor (Close) |
| 67. | | | | SW Photograph 2314 Hardesty, (DSC0079) Box of 9mm ammunition (Close) |
| 68. | | | | SW Photograph 2314 Hardesty, (DSC0090) Marijuana seeds (Close) |
| 69. | | | | SW Photograph 2314 Hardesty, (DSC0093) Marijuana in canister (Overall) |
| 70. | | | | SW Photograph 2314 Hardesty, (DSC0095) Marijuana in canister (Close) |
| 71. | | | | SW Photograph 2314 Hardesty, (DSC0096) Marijuana in canister (Close) |
| 72. | | | | SW Photograph 2318 Hardesty, (DSC0002) East side of 2318 Hardesty (Overall) |
| 73. | | | | SW Photograph 2318 Hardesty, (DSC0026) West side of 2318 Hardesty (Overall) |
| 74. | | | | SW Photograph 2318 Hardesty, (DSC0027) Garage of 2318 Hardesty (Overall) |
| 75. | | | | SW Photograph 2318 Hardesty, (DSC0028) Garage of 2318 Hardesty (Overall) |
| 76. | | | | SW Photograph 2318 Hardesty, (DSC0033) Couch (Overall) |
| 77. | | | | SW Photograph 2318 Hardesty, (DSC0034) Couch with gun (Intermediate) |
| 78. | | | | SW Photograph 2318 Hardesty, (DSC0035) Couch with gun (Close) |
| 79. | | | | SW Photograph 2318 Hardesty, (DSC0037) Gun (Close) |
| 80. | | | | SW Photograph 2318 Hardesty, (DSC0039) Gun loaded (Close) |
| 81. | | | | SW Photograph 2318 Hardesty, (DSC0041) Gun magazine (Overall) |
| 82. | | | | SW Photograph 2318 Hardesty, (DSC0042) Gun magazine (Close) |
| 83. | | | | SW Photograph 2318 Hardesty, (DSC0043) Harlon Taylor mail (Close) |

| # | | | | | Description |
|---|---|---|---|---|---|
| 84. | | | | | SW Photograph 2318 Hardesty, (DSC0045) Couch with marijuana (Overall) |
| 85. | | | | | SW Photograph 2318 Hardesty, (DSC0046) Couch with marijuana (Intermediate) |
| 86. | | | | | SW Photograph 2318 Hardesty, (DSC0047) Couch with marijuana (Close) |
| 87. | | | | | SW Photograph 2318 Hardesty, (DSC0048) Harlon Taylor mail (Close) |
| 88. | | | | | SW Photograph 2318 Hardesty, (DSC0054) Superstick tracker with letter (Close) |
| 89. | | | | | SW Photograph 2318 Hardesty, (DSC0059) Weed kitchen (Overall) |
| 90. | | | | | SW Photograph 2318 Hardesty, (DSC0062) Digital scale (Close) |
| 91. | | | | | SW Photograph 2318 Hardesty, (DSC0064) 5.7 x28 ammunition box (Close) |
| 92. | | | | | SW Photograph 2318 Hardesty, (DSC0067) Digital scale with residue (Close) |
| 93. | | | | | SW Photograph 2318 Hardesty, (DSC0070) Four boxes of 5.7 x28 ammunition boxes (Close) |
| 94. | | | | | SW Photograph 2318 Hardesty, (DSC0071) Four boxes of 5.7 x28 ammunition boxes (Close) |
| 95. | | | | | SW Photograph 2318 Hardesty, (DSC0079) Marijuana next to bed (Overall) |
| 96. | | | | | SW Photograph 2318 Hardesty, (DSC0080) Marijuana next to bed (Close) |
| 97. | | | | | SW Photograph 2318 Hardesty, (DSC0081) Gun magazine in dresser (Overall) |
| 98. | | | | | SW Photograph 2318 Hardesty, (DSC0082) Gun magazine in dresser (Close) |
| 99. | | | | | SW Photograph 2318 Hardesty, (DSC0084) Photograph of Harlon Taylor, Andre Taylor and Darryl Taylor (Close) |
| 100. | | | | | SW Photograph 2318 Hardesty, (DSC0085) MGE bill to Harlon Taylor (Close) |

| | | | | |
|---|---|---|---|---|
| 101. | | | | SW Photograph 2318 Hardesty, (DSC0087) Marijuana next to bed (Overall) |
| 102. | | | | SW Photograph 2318 Hardesty, (DSC0088) Marijuana next to bed (Close) |
| 103. | | | | SW Photograph 2318 Hardesty, (DSC0094) Marijuana with Harlon Taylor identification (Close) |
| 104. | | | | SW Photograph 1530 Locust, (P1000404) Baron BMW bill to Andre Taylor (Close) |
| 105. | | | | SW Photograph 1530 Locust, (P1000384) Glock magazine (Intermediate) |
| 106. | | | | SW Photograph 1530 Locust, (P1000385) Glock magazine (Close) |
| 107. | | | | SW Evidence 2310 Hardesty, (1) Blackberry Curve Pin #32DF92D7; (1) Blackberry Curve Pin #32EB7348 |
| 108. | | | | SW Evidence 2310 Hardesty, Samsung Cell Phone Galaxy SIII, R21C810L0SL |
| 109. | | | | SW Evidence 2310 Hardesty, Revo Digital Recorder and Power Cables, S/N: 117689110505 16 |
| 110. | | | | SW Evidence 2310 Hardesty, Brick of Apparent Marijuana in Black Bag (1B77 to 1B182/183 Sample A and B) |
| 111. | | | | SW Evidence 2310 Hardesty, Brick of Apparent Marijuana in Black Bag (1B78 to 1B183 Sample C-D) |
| 112. | | | | SW Evidence 2310 Hardesty, Brick of Apparent Marijuana in Black Bag (1B79 to 1B183 Sample E-F) |
| 113. | | | | SW Evidence 2310 Hardesty, Brick of Apparent Marijuana in Black Bag (1B80 to 1B183 Sample G-H) |
| 115. | | | | SW Evidence 2310 Hardesty, Brick of Apparent Marijuana in Black Bag (1B81 to 1B183 Sample I-J) |
| 116. | | | | SW Evidence 2310 Hardesty, Brick of Apparent Marijuana in White Bag (1B82 to1B183 Sample K) |
| 117. | | | | SW Evidence 2310 Hardesty, Two Clear Plastic Vacuum Bags (1B83) |
| 118. | | | | SW Evidence 2310 Hardesty, Security Cameras (1B96) |

| # | | | | | Description |
|---|---|---|---|---|---|
| 119. | | | | | SW Evidence 2310 Hardesty, Ziploc Baggies with Rubber Bands, (2) Razor Scales with White Powder and a Green Leafy Substance (1B84) |
| 120. | | | | | SW Evidence 2310 Hardesty, Green Leafy Substance Packed in Plastic Wrap in a Baggie in (7) Baggies in a Larger Baggie (1B85) |
| 121. | | | | | SW Evidence 2310 Hardesty, Two Glass Measuring Cups, One Jar of Creatine Mono hydrate with White Powder Inside (1B87) |
| 122. | | | | | SW Evidence 2310 Hardesty, Packaging Material from what Appeared to be Marijuana |
| 123. | | | | | SW Evidence 2310 Hardesty, Green Leafy Substance in Black and White Bags, Duffel Bag with Green Leafy Substance |
| 124. | | | | | SW Evidence 2310 Hardesty, 34 Clear Plastic Vacuum Seal Bags (1B90) |
| 125. | | | | | SW Evidence 2310 Hardesty, (1) Magazine with 49 rounds of 5.7 Ammunition from Firearm (1B94) |
| 126. | | | | | SW Evidence 2310 Hardesty, Fabrique Nationale Herstal, FNH-PS90, S/N: 062029 (1B95) |
| 127. | | | | | SW Evidence 2310 Hardesty, Cement Bag (1B97) |
| 128. | | | | | SW Evidence 2310 Hardesty, (2) Security Cameras (1B96) |
| 129. | | | | | SW Evidence, (Seized during arrest) $7,536.00 on Andre Taylor's person (1B76) |
| 130. | | | | | SW Evidence 2314 Hardesty, Smith & Wesson, SW9VE 9mm, S/N: PBD0487 (Serial Number Appears to be Scratched Out) (1B1240 |
| 131. | | | | | SW Evidence 2314 Hardesty, (1) Magazine with 14 Rounds, 9mm (1B125) |
| 132. | | | | | SW Evidence 2314 Hardesty, (2) Magazines 11 Rounds; 1 Box of Winchester 9mm Luger (1B125) |
| 133. | | | | | SW Evidence 2314 Hardesty, Green Leafy Substance in Baggie (1B126) |
| 134. | | | | | SW Evidence 2318 Hardesty, Trackstick Located in FEDEX Envelope with Address Label to RED Stallion 5007 College Ave. KCMO (1B134) |

| # | | | | | Description |
|---|---|---|---|---|---|
| 135. | | | | | SW Evidence 2318 Hardesty, Beretta PX4 Storm, 9mm, S/N: P216146 (1B131) |
| 136. | | | | | SW Evidence 2318 Hardesty, Nylon Holster, (1) Magazine Containing Live Rounds (1B132) |
| 137. | | | | | SW Evidence 2318 Hardesty, Green Leafy Substance in Baggies (1B127) |
| 138. | | | | | SW Evidence 2318 Hardesty, 2 Black Scales (1B136) |
| 139. | | | | | SW Evidence 2318 Hardesty, Magazine For Glock Handgun (1B132) |
| 140. | | | | | SW Evidence 2318 Hardesty, Silver Case with 2 SIM Cards (1B135) |
| 141. | | | | | SW Evidence 2318 Hardesty, Black Extended Rack (1B132) |
| 142. | | | | | SW Evidence 2318 Hardesty, Boxes Marked as High Performance Ammunition 5.7 x 28mm (140 Cartridges) (1B132) |
| 143. | | | | | SW Evidence 2318 Hardesty, Baggie Green Vegetation (1B128) |
| 144. | | | | | SW Evidence 2318 Hardesty, Magazine (1B132) |
| 145. | | | | | SW Evidence 2318 Hardesty, Baggie Green Vegetation (1B129) |
| 146. | | | | | SW Evidence 2318 Hardesty, Baggie Green Vegetation (1B130) |
| 147. | | | | | SW Evidence 2318 Hardesty, HTC Cell Phone MT273MB00078 (1B134) |
| 148. | | | | | DEA Lab report on marijuana (1B86) |
| 149. | | | | | DEA Lab report on marijuana (1B126 AND 1B127) |
| 150. | | | | | DEA Lab report on marijuana (1B128) |
| 151. | | | | | DEA Lab report on marijuana (1B129 AND 1B130) |

| # | | | | Description |
|---|---|---|---|---|
| 152. | | | | DEA Lab report on marijuana (1A-K 5K13361)<br>(1B 182, 183, 77-82) |
| 153. | | | | DEA Lab report on marijuana (2A-K 5K13362)<br>(1B 184,185,816) |
| 154. | | | | DEA Lab report on marijuana (1B212)<br>(1B 201-206,212, 213) |
| 155. | | | | Demonstrative exhibit, Operation Diamond Posse flow chart Andre Taylor DTO. |
| 156. | | | | Demonstrative exhibit, Operation Diamond Posse T-III chart. |
| 157. | | | | Andre Taylor certified criminal convictions. |
| 158. | Delete or Keep? | | | Victor Vickers certified criminal convictions. |
| 159. | | | | Stipulation-Lucretia Weber |
| 160. | | | | Stipulation-Brandy Holey |
| 161. | | | | Stipulation-Wiretap foundation |
| 162. | | | | Stipulation – Phone records |
| 163. | | | | Audio compact disc containing pertinent intercepted telephone calls. Telephone calls were captured on the Keith Jones T-III. |
| 164. | | | | Alan Sanchez plea agreement. |
| 165. | | | | Alan Sanchez cooperation letter. |
| 166. | | | | Robert Taylor plea agreement. |
| 167. | | | | Robert Taylor cooperation letter. |
| 168. | | | | Demonstrative exhibit, Weights and Measurements. |
| 169. | | | | Intercepted Telephone Call- Session # 22. Call between Andre Taylor and Robert Taylor on 03/10/2012. |
| 170. | | | | Intercepted Telephone Call- Session # 624. Call between Andre Taylor and Robert Taylor on 03/29/2012. |
| 171. | | | | Transcript of Telephone Call- Session # 436. Call between Andre Taylor and Robert Taylor on 03/26/2012. |

| | | | | | |
|---|---|---|---|---|---|
| 172. | | | | | Transcript of Telephone Call- Session # 624.   Call between Andre Taylor and Robert Taylor on 03/29/2012. |
| 173. | | | | | Intercepted Telephone Call - Session # 1209.   Call between Andre Taylor and Alan Sanchez on 8/13/2012. |
| 174. | | | | | Transcript of Telephone Call - Session # 1209 Call between Andre Taylor and Alan Sanchez on 8/13/2012. |
| 175. | | | | | Search Warrant number 12-SW-299-REL issued for 2310 S. Hardesty, KCMO |
| 176. | | | | | Search Warrant number 12-SW-300-REL issued for 2314 S. Hardesty, KCMO |
| 177. | | | | | Search Warrant number 12-SW-301-REL issued for 2318 S. Hardesty, KCMO |
| 178. | | | | | Search Warrant number 12-SW-302-REL issued for 13401 E. 54th Street, KCMO |
| 179. | | | | | Photograph of R. Machiche's Ford F-350 and Big Tex trailer (#P1020807), overall view. |
| 180. | | | | | Photograph of R. Machiche's Ford F-350 and Big Tex trailer (#P1020816), overall view. |
| 181. | | | | | Photograph of R. Machiche's Big Tex trailer (#P1020817), overall view. |
| 182. | | | | | Photograph of R. Machiche's Big Tex trailer with the boards off (#P1020827), overall view. |
| 183. | | | | | Photograph of R. Machiche's Big Tex trailer with marijuana packages (#P1020829), overall view. |
| 184. | | | | | Photograph of R. Machiche's Big Tex trailer with marijuana packages (#P1020831), overall view. |
| 185. | | | | | Photograph of marijuana packages recovered from inside the trailer (#P1020836), overall view. |
| 186. | | | | | Photograph of a marijuana package recovered partially opened (#P1020844), intermediate view. |
| 187. | | | | | Photograph of a marijuana package recovered opened showing marijuana (#P1020845), intermediate view. |

| | | | | | |
|---|---|---|---|---|---|
| 188. | | | | | Photograph of a marijuana package recovered partially opened (#P1020851), intermediate view. |
| 189. | | | | | Photograph of a marijuana package recovered opened showing marijuana (#P1020852), intermediate view. |
| 190. | | | | | Department of Homeland Security, Border Crossing reports for Darryl Taylor, Andre Taylor and Robert Taylor. |
| 191. | | | | | Certified Prior Conviction for Rahmon Allen |