IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

  v.                                  Case No. 12-00291-18-CR-W-GAF

RAHMON ALLEN,

                Defendants.

## GOVERNMENT'S WITNESS LIST

The United States of America may call the following witnesses during the trial of the above-captioned case:

1. Alvarez, Luis
   Special Agent, Federal Bureau of Investigation

2. Armstead, James
   Detective, Kansas City Missouri Police Department

3. Beeman, Kurt
   Detective, Jackson County Drug Task Force

4. Beggs, John
   Detective, Jackson County Drug Task Force

5. Blevins, Tanya
   Detective, Jackson County Drug Task Force

6. Blodgett, Doug
   Detective, Jackson County Drug Task Force

7. Boles, Steve
   Sgt., Independence Missouri Police Department

8. Brooks, Paul
   Detective, Jackson County Drug Task Force

9. Brousil, Ben
   Special Agent, Federal Bureau of Investigation

10. Brown, Matt
    United States Marshals Service

11. Brown, Patricia A,
    North Central Laboratory

12. Brushwood, Jason
    Special Agent, IRS Asset Forfeiture Specialist

13. Bryant, Greg
    Lee's Summit Missouri Police Department

14. Budke, Chris
    Special Agent, Federal Bureau of Investigation

15. Burchfield, Eric
    Detective, Jackson County Drug Task Force

16. Caballero, Edward
    Detective, Kansas City Missouri Police Department

17. Cathy, Mario
    Detective, Kansas City Missouri Police Department

18. Jeanelle Cesena
    Kansas City Missouri Police Department (Retired)

19. Christianson, Joe
    Detective, Independence Missouri Police Department

20. Clark, Kelly
    Sergeant, Kansas City Missouri Police Department

21. Clark, Paul
    Officer, Kansas City Missouri Police Department

22. Cline, Renee
    Special Agent, Federal Bureau of Investigation

23. Colburn, Mark
    Special Agent, Federal Bureau of Investigation

24. Comerio, Evan
    Task Force Officer, Federal Bureau of Investigation

25. Corbin, Mark
    Task Force Officer, Federal Bureau of Investigation

26. Cummings, Dan
    Officer in Charge, Jackson County Drug Task Force

27. Curby, Dan
    Detective, Jackson County Drug Task Force

28. Daly, Samantha
    Detective, Lee's Summit Missouri Police Department

29. Daneff, Joseph
    Detective, Kansas City Missouri Police Department

30. Davis, Josh
    Detective, Kansas City Missouri Police Department

31. Doogs, Steven
    Detective, Jackson County Drug Task Force

32. Doumitt, Ronald
    Detective, Lee's Summit Missouri Police Department

33. Draveling, Brian
    Detective, Jackson County Drug Task Force

34. Duncan, Larry
    United States Marshals Service

35. Dundovich, Dion
    Task Force Officer, Federal Bureau of Investigations

36. Edwards, Terry
    Task Force Officer, Federal Bureau of Investigation

37. Ellis, Derrick
    Officer, Kansas City Missouri Police Department

38. Ellis, Randy
    Sgt., Jackson County Drug Task Force

39. Ervin, Michael
    Officer, Lee's Summit Police Department

40. Ferguson, Laura
    Special Agent, Federal Bureau of Investigations

41. Fox, Gina
    Special Agent, Federal Bureau of Investigations

42. Fugate James

43. Fugate, Deandre

44. Gaines, Todd
   Special Agent, Federal Bureau of Investigation

45. Garrett, James

46. Glazer, Travis
   Special Agent, IRS

47. Greenwell, Eric
   Sgt., Kansas City Missouri Police Department

48. Gress, Kendra
   Special Agent, Federal Bureau of Investigations

49. Grubb, Steve
   Officer, Lee's Summit Police Department

50. Hartwig, Mike
   Special Agent, Federal Bureau of Investigation

51. Hasch, Christie
   Detective, Jackson County Drug Task Force

52. Hawks, Larry
   Special Agent, Federal Bureau of Investigations

53. Herrera, Joseph
   Property Officer, Jackson County Drug Task Force

54. Hoffman, Donnie
   Detective, Kansas City Missouri Police Department

55. Holey, Brandy
   Independence Missouri Police Department Laboratory

56. Horalek, Cory
   Task Force Officer, Federal Bureau of Investigation

57. Horalek, Craig
   Detective, Kansas City Missouri Police Department

58. Houston, Bruce
   Task Force Officer, Federal Bureau of Investigation

59. Hughes, Keegan
   Detective, Jackson County Drug Task Force

60. Huth, Charles
   Sergeant, Kansas City Missouri Police Department

61. Huth, Vernon
    Detective, Kansas City Missouri Police Department

62. Hutton, Terry

63. Jackson, Christine
    Federal Bureau of Investigations, Elsur Tech

64. Jones, Keith

65. Jury, Zachary
    Special Agent, Federal Bureau of Investigation

66. Kenyon, G. Matthew
    Special Agent, Federal Bureau of Investigation

67. Kesler, Christopher
    Detective, Jackson County Drug Task Force

68. King, Mitch
    Special Agent, Federal Bureau of Investigation

69. Kline, Megan
    Special Agent, Federal Bureau of Investigation

70. Klingenberg, Ken
    Special Agent, Internal Revenue Service

71. Koechner, Brian
    Special Agent, Federal Bureau of Investigation

72. Lane, Stacie
    Special Agent, Federal Bureau of Investigation

73. Lee, Donald
    Supervisory Special Agent, Federal Bureau of Investigation

74. Lett, Harry
    Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives

75. Logan, Nick
    Detective, Jackson County Drug Task Force

76. Lomardo, Jamie
    Federal Bureau of Investigations, Evidence

77. Machiche, Ruben

78. Maiorana, Sheri
    Special Agent, Federal Bureau of Investigations

79. Marsac, Kelly
    Federal Bureau of Investigations, Elsur Tech

80. McCall, Matt
    Task Force Officer, Federal Bureau of Investigations

81. McCall, Matthew
    Sgt., Jackson County Drug Task Force

82. McCannon, Kristen
    Independence Missouri Police Department Laboratory

83. McCormick, Trish
    Special Agent, Federal Bureau of Investigations

84. Menzel, Alex
    Special Agent, Federal Bureau of Investigations

85. Meriano, Alex
    Special Agent, Federal Bureau of Investigations

86. Miller, Matthew
    Detective, Lee's Summit Police Department

87. Miller, Mike
    Detective, Kansas City Missouri Police Department

88. Murray, Michael
    Sergeant, Lee's Summit Police Department

89. Oyler, Michael
    Special Agent, Federal Bureau of Investigation

90. Parman, Elaina
    Chemist, Independence Crime Laboratory

91. Parrish, Brett
    Detective, Lee's Summit Police Department

92. Pennington, Ian
    Evidence Tech, Federal Bureau of Investigation

93. Phillips, Travis
    Deputy, Jackson County Sheriff's Office

94. Plant, Robert
    Supervisory Special Agent, Federal Bureau of Investigation

95. Powell, Michael
    Firearm Enforcement Officer, Bureau of Alcohol, Tobacco, and Firearms

96. Ramana, Leena
    Special Agent, Federal Bureau of Investigations

97. Ramsey, Amy  
    Special Agent, Federal Bureau of Investigations

98. Redetzke, Brandon  
    United States Marshals Service

99. Robinson, Herb  
    Detective, Kansas City Missouri Police Department

100. Rodriquez, Shelly  
     Special Agent, Federal Bureau of Investigations

101. Romey, Rob  
     Detective, Jackson County Drug Task Force

102. Sanchez, Allen

103. Seeling, Scott  
     United States Marshals Service

104. Simon, Isreal  
     Special Agent, Federal Bureau of Investigation

105. Smilgis, Karen  
     Special Agent, Federal Bureau of Investigation

106. Smith, David  
     Special Agent, Federal Bureau of Investigation

107. Spriggs, Marlon

108. Staerkel, Jonah  
     Detective, Kansas City Missouri Police Department

109. Stanze, Don  
     Detective, Kansas City Missouri Police Department

110. Steele, Heather  
     Detective, Jackson County Drug Task Force

111. Storms, Zach  
     Detective, Kansas City Missouri Police Department

112. Svoboda, Jim  
     Detective, Kansas City Missouri Police Department

113. Swanson, Timothy  
     Special Agent, Federal Bureau of Investigations

114. Sweet, Johnny  
     Task Force Officer, Federal Bureau of Investigation

115. Taylor, Andre

116. Taylor, Robert

117. Tucker, Gary
    Sergeant., Jackson County Drug Task Force

118. Uribe, Rick
    Investigator, Texas Department of Public Safety

119. Vierya, E. Renee
    Special Agent, Federal Bureau of Investigation

120. Walters, Nicole
    Detective, Jackson County Drug Task Force

121. Weber, Lucretia
    Kansas City Drug Enforcement Administration Laboratory

122. Weiler, Richard
    Special Agent, Federal Bureau of Investigation

123. Whiteface, Lisa
    Deputy, United States Marshals Service

124. Whitney, Marcus

125. Williams, Ryan
    Special Agent, Federal Bureau of Investigation

126. Winans, Wendy
    Detective, Jackson County Drug Task Force

127. Wiseman, Tahisha
    Special Agent, Federal Bureau of Investigation

128. Witt, Bryan
    Special Agent, Federal Bureau of Investigation

129. Znidarsic, Michael
    Tech Agent, Federal Bureau of Investigation

Respectfully submitted,

Timothy A. Garrison
United States Attorney

By  */s/ Stefan C. Hughes*

Stefan C. Hughes
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on July 19, 2019, to the Electronic Filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Stefan C. Hughes*

Stefan C. Hughes
Assistant United States Attorney