IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>RAHMON ALLEN,<br><br>　　　　　　　　　　Defendant. | Case No. 12-00291-18-CR-W-GAF |

## GOVERNMENT'S THIRD AMENDED LIST OF EXHIBITS

Comes now the United States of America and files the attached second amended list of exhibits which the Government may offer in its case-in-chief during this trial.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　Timothy A. Garrison
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　By　　*/s/ Stefan C. Hughes*

　　　　　　　　　　　　　　　　Stefan C. Hughes, # 40239
　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　Charles Evans Whittaker Courthouse
　　　　　　　　　　　　　　　　400 E. 9th Street, Suite 5510
　　　　　　　　　　　　　　　　Kansas City, Missouri   64106
　　　　　　　　　　　　　　　　Telephone:   (816) 426-3122

### CERTIFICATE OF SERVICE

　　The undersigned hereby certifies that a copy of the foregoing was delivered on August 23, 2019, to the Electronic Filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

　　　　　　　　　　　　　　　　*/s/ Stefan C. Hughes*_____
　　　　　　　　　　　　　　　　Stefan C. Hughes
　　　　　　　　　　　　　　　　Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | |
| v. | | Case No. 12-00291-18-CR-W-GAF |
| RAHMON ALLEN, | | |
| Defendant. | | |

## **E X H I B I T S**

| ✓ | = | Offered & admitted without objection. |
|---|---|---|
| X. | = | Offered & admitted over objection. |
| Ex. | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered then withdrawn. |
| Ltd. | = | Admitted for limited purpose. |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 1. | | | | Audio compact discs containing pertinent intercepted telephone calls. Telephone calls were captured on the Andre Taylor T-III. |
| 2. | | | | Intercepted Telephone Call- Session # 2783. Call between Andre Taylor and Alan Sanchez on 08/29/2012. |
| 3. | | | | Transcript of Telephone Call-Session #2783. Call between Andre Taylor and Alan Sanchez on 08/29/2012. |

I certify that I have this date _____ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

_____

_____

_____
PRINTED NAME
_____
SIGNATURE

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 4. | | | | Intercepted Telephone Call- Session #2751. Call between Andre Taylor and Robert Taylor on 06/11/2012. |
| 5. | | | | Transcript of Telephone Call-Session # 2751. Call between Andre Taylor and Robert Taylor on 06/11/2012. |
| 6. | | | | Intercepted Telephone Call- Session # 1371. Call between Andre Taylor and Robert Taylor on 08/14/2012. |
| 7. | | | | Transcript of Telephone Call-Session # 1371. Call between Andre Taylor and Robert Taylor on 08/14/2012. |
| 8. | | | | Intercepted Telephone Call- Session # 1209. Call between Andre Taylor and Alan Sanchez on 08/13/2012. |
| 9. | | | | Transcript of Telephone Call-Session # 1209. Call between Andre Taylor and Alan Sanchez on 08/13/2012. |
| 10. | | | | Intercepted Telephone Call- Session # 1358. Call between Andre Taylor and Charlie Williams on 08/14/2012. |
| 11. | | | | Transcript of Telephone Call-Session # 1358. Call between Andre Taylor and Charlie Williams on 08/14/2012. |
| 12. | | | | Intercepted Telephone Call- Session # 0178. Call between Andre Taylor and Robert Taylor on 03/22/2012. |
| 13. | | | | Transcript of Telephone Call-Session # 0178. Call between Andre Taylor and Robert Taylor on 03/22/2012. |
| 14. | | | | Intercepted Telephone Call- Session # 2691. Call between Andre Taylor and Alan Sanchez on 08/29/2012. |
| 15. | | | | Transcript of Telephone Call-Session # 2691. Call between Andre Taylor and Alan Sanchez on 08/29/2012. |
| 16. | | | | Reserved. |
| 17. | | | | Reserved. |
| 18. | | | | Title III order, 10-WT-0020-GAF authorizing intercepts of 816-218-9925 on 10/20/2010 thru 11/15/2010. |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 19. | | | | Title III order, 12-WT-0009-GAF authorizing intercepts of 816-590-0818 and 816-446-6448 on 03/19/2012 thru 04/17/2012. |
| 20. | | | | Title III order, 12-WT-0009-GAF (Ext. 1) authorizing intercepts of 816-590-0818 and 816-446-6448 on 04/25/2012 thru 05/24/2012. |
| 21. | | | | Title III order, 12-WT-0009-GAF (Ext. 2) authorizing intercepts of 816-590-0818, 678-468-9497 and 816-446-6448 on 06/08/2012 thru 07/07/2012. |
| 22. | | | | Title III order, 12-WT-0009-GAF (Ext. 3) authorizing intercepts of 816-590-0818, 816-446-6448 and 816-612-7786 on 08/03/2012 thru 09/01/2012. |
| 23. | | | | SW Photograph 2310 Hardesty, (DSC0002) Outside front of 2310 Hardesty (Overall) |
| 24. | | | | SW Photograph 2310 Hardesty, (DSC0004) South side of 2310 Hardesty with truck (Overall) |
| 25. | | | | SW Photograph 2310 Hardesty, (DSC0005) South side of 2310 Hardesty with truck and trailer (Overall) |
| 26. | | | | SW Photograph 2310 Hardesty, (DSC0006) Westside of 2310 Hardesty with truck and trailer and Andre Taylor's car (Overall) |
| 27. | | | | SW Photograph 2310 Hardesty, (DSC0017) Bales of marijuana inside (Overall) |
| 28. | | | | SW Photograph 2310 Hardesty, (DSC0026) Plastic wrapping (Overall) |
| 29. | | | | SW Photograph 2310 Hardesty, (DSC0027) Bales of marijuana inside (Overall) |
| 30. | | | | SW Photograph 2310 Hardesty, (DSC0029) Bales of marijuana inside (Overall) |
| 31. | | | | SW Photograph 2310 Hardesty, (DSC0037) Bales of marijuana in kitchen (Overall) |
| 32. | | | | SW Photograph 2310 Hardesty, (DSC0040) Money on table (Overall) |
| 33. | | | | SW Photograph 2310 Hardesty, (DSC0042) Money on table with identification (Intermediate) |
| 34. | | | | SW Photograph 2310 Hardesty, (DSC0043) Andre Taylor identification on table (Close) |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 35. | | | | SW Photograph 2310 Hardesty, (DSC0044) Surveillance camera NE corner (Overall) |
| 36. | | | | SW Photograph 2310 Hardesty, (DSC0045) Surveillance camera NE corner (Close) |
| 37. | | | | SW Photograph 2310 Hardesty, (DSC0046) Surveillance camera SE corner (Overall) |
| 38. | | | | SW Photograph 2310 Hardesty, (DSC0048) Surveillance camera SE corner (Close) |
| 39. | | | | SW Photograph 2310 Hardesty, (DSC0049) Surveillance camera monitoring equipment (Overall) |
| 40. | | | | SW Photograph 2310 Hardesty, (DSC0050) Surveillance camera monitoring equipment (Close) |
| 41. | | | | SW Photograph 2310 Hardesty, (DSC0052) Surveillance camera NW corner (Overall) |
| 42. | | | | SW Photograph 2310 Hardesty, (DSC0053) Surveillance camera NW corner (Close) |
| 43. | | | | SW Photograph 2310 Hardesty, (DSC0054) Surveillance camera SW corner (Overall) |
| 44. | | | | SW Photograph 2310 Hardesty, (DSC0055) Surveillance camera SW corner (Close) |
| 45. | | | | SW Photograph 2310 Hardesty, (DSC0057) Plastic packaging (Overall) |
| 46. | | | | SW Photograph 2310 Hardesty, (DSC0058) Cellular phone (Overall) |
| 47. | | | | SW Photograph 2310 Hardesty, (DSC0059) Cellular phone (Overall) |
| 48. | | | | SW Photograph 2310 Hardesty, (DSC0061) Gun in closet (Overall) |
| 49. | | | | SW Photograph 2310 Hardesty, (DSC0062) Gun in closet (Intermediate) |
| 50. | | | | SW Photograph 2310 Hardesty, (DSC0063) Gun in closet (Close) |
| 51. | | | | SW Photograph 2310 Hardesty, (DSC0065) Gun in closet (Close) |
| 52. | | | | SW Photograph 2310 Hardesty, (DSC0066) Diamond "AT" pendant (Close) |
| 53. | | | | SW Photograph 2310 Hardesty, (DSC0067) Vacuum seal bags (Overall) |
| 54. | | | | SW Photograph 2310 Hardesty, (DSC0068) Vacuum seal bags (Close) |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 55. | | | | SW Photograph 2310 Hardesty, (DSC0071) Digital scales in kitchen (Overall) |
| 56. | | | | SW Photograph 2310 Hardesty, (DSC0072) Marijuana in kitchen (Overall) |
| 57. | | | | SW Photograph 2310 Hardesty, (DSC0074) Marijuana in kitchen (Close) |
| 58. | | | | SW Photograph 2310 Hardesty, (DSC0076) Digital scale with white residue (Close) |
| 59. | | | | SW Photograph 2310 Hardesty, (DSC0079) Pyrex with white residue (Close) |
| 60. | | | | SW Photograph 2310 Hardesty, (DSC0083) Marijuana in kitchen cabinet (Overall) |
| 61. | | | | SW Photograph 2310 Hardesty, (DSC0084) Marijuana in kitchen cabinet (Close) |
| 62. | | | | SW Photograph 2310 Hardesty, (DSC0085) Gun loaded (Close) |
| 63. | | | | SW Photograph 2310 Hardesty, (DSC0087) 5.7 x 28 round (Close) |
| 64. | | | | SW Photograph 2310 Hardesty, (DSC0090) Police scanner (Overall) |
| 65. | | | | SW Photograph 2310 Hardesty, (DSC0091) Police scanner (Close) |
| 66. | | | | SW Photograph 2310 Hardesty, (DSC0094) Marijuana packaging (Overall) |
| 67. | | | | SW Photograph 2310 Hardesty, (DSC0095) Marijuana packaging (Intermediate) |
| 68. | | | | SW Photograph 2310 Hardesty, (DSC0096) Marijuana packaging (Close) |
| 69. | | | | SW Photograph 2310 Hardesty, (DSC0098) Concrete packaging (Overall) |
| 70. | | | | SW Photograph 2310 Hardesty, (DSC0099) Marijuana packaging (Close) |
| 71. | | | | SW Photograph 2310 Hardesty, (DSC0106) Marijuana packaging (Close) |
| 72. | | | | SW Photograph 2314 Hardesty, (DSC0002) Outside east side of 2314 Hardesty (Overall) |
| 73. | | | | SW Photograph 2314 Hardesty, (DSC0034) Gun (Overall) |
| 74. | | | | SW Photograph 2314 Hardesty, (DSC0036) Gun (Close) |
| 75. | | | | SW Photograph 2314 Hardesty, (DSC0037) Gun (Close) |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 76. | | | | SW Photograph 2314 Hardesty, (DSC0039) Gun loaded (Close) |
| 77. | | | | SW Photograph 2314 Hardesty, (DSC0042) Outside west side of 2314 Hardesty (Overall) |
| 78. | | | | SW Photograph 2314 Hardesty, (DSC0056) Mail addressed to Harlon Taylor (Close) |
| 79. | | | | SW Photograph 2314 Hardesty, (DSC0079) Box of 9mm ammunition (Close) |
| 80. | | | | SW Photograph 2314 Hardesty, (DSC0090) Marijuana seeds (Close) |
| 81. | | | | SW Photograph 2314 Hardesty, (DSC0093) Marijuana in canister(Overall) |
| 82. | | | | SW Photograph 2314 Hardesty, (DSC0095) Marijuana in canister (Close) |
| 83. | | | | SW Photograph 2314 Hardesty, (DSC0096) Marijuana in canister (Close) |
| 84. | | | | SW Photograph 2318 Hardesty, (DSC0002) East side of 2318 Hardesty (Overall) |
| 85. | | | | SW Photograph 2318 Hardesty, (DSC0026) West side of 2318 Hardesty (Overall) |
| 86. | | | | SW Photograph 2318 Hardesty, (DSC0027) Garage of 2318 Hardesty (Overall) |
| 87. | | | | SW Photograph 2318 Hardesty, (DSC0028) Garage of 2318 Hardesty (Overall) |
| 88. | | | | SW Photograph 2318 Hardesty, (DSC0033) Couch (Overall) |
| 89. | | | | SW Photograph 2318 Hardesty, (DSC0034) Couch with gun (Intermediate) |
| 90. | | | | SW Photograph 2318 Hardesty, (DSC0035) Couch with gun (Close) |
| 91. | | | | SW Photograph 2318 Hardesty, (DSC0037) Gun (Close) |
| 92. | | | | SW Photograph 2318 Hardesty, (DSC0039) Gun loaded (Close) |
| 93. | | | | SW Photograph 2318 Hardesty, (DSC0041) Gun magazine (Overall) |
| 94. | | | | SW Photograph 2318 Hardesty, (DSC0042) Gun magazine (Close) |
| 95. | | | | SW Photograph 2318 Hardesty, (DSC0043) Harlon Taylor mail (Close) |
| 96. | | | | SW Photograph 2318 Hardesty, (DSC0045) Couch with marijuana (Overall) |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 97. | | | | SW Photograph 2318 Hardesty, (DSC0046) Couch with marijuana (Intermediate) |
| 98. | | | | SW Photograph 2318 Hardesty, (DSC0047) Couch with marijuana (Close) |
| 99. | | | | SW Photograph 2318 Hardesty, (DSC0048) Harlon Taylor mail (Close) |
| 100. | | | | SW Photograph 2318 Hardesty, (DSC0054) Superstick tracker with letter (Close) |
| 101. | | | | SW Photograph 2318 Hardesty, (DSC0059) Weed kitchen (Overall) |
| 102. | | | | SW Photograph 2318 Hardesty, (DSC0062) Digital scale (Close) |
| 103. | | | | SW Photograph 2318 Hardesty, (DSC0064) 5.7 x 28 ammunition – boxes (Close) |
| 104. | | | | SW Photograph 2318 Hardesty, (DSC0067) Digital scale with residue (Close) |
| 105. | | | | SW Photograph 2318 Hardesty, (DSC0070) Four boxes of 5.7 x 28 ammunition boxes (Close) |
| 106. | | | | SW Photograph 2318 Hardesty, (DSC0071) Four boxes of 5.7 x 28 ammunition boxes (Close) |
| 107. | | | | SW Photograph 2318 Hardesty, (DSC0079) Marijuana next to bed (Overall) |
| 108. | | | | SW Photograph 2318 Hardesty, (DSC0080) Marijuana next to bed (Close) |
| 109. | | | | SW Photograph 2318 Hardesty, (DSC0081) Gun magazine in dresser (Overall) |
| 110. | | | | SW Photograph 2318 Hardesty, (DSC0082) Gun magazine in dresser (Close) |
| 111. | | | | SW Photograph 2318 Hardesty, (DSC0084) Photograph of Harlon Taylor, Andre Taylor and Darryl Taylor (Close) |
| 112. | | | | SW Photograph 2318 Hardesty, (DSC0085) MGE bill to Harlon Taylor (Close) |
| 113. | | | | SW Photograph 2318 Hardesty, (DSC0087) Marijuana next to bed (Overall) |
| 114. | | | | Reserved. |
| 115. | | | | SW Photograph 2318 Hardesty, (DSC0088) Marijuana next to bed (Close) |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 116. | | | | SW Photograph 2318 Hardesty, (DSC0094) Marijuana with Harlon Taylor identification (Close) |
| 117. | | | | SW Photograph 1530 Locust, (P1000404) Baron BMW bill to Andre Taylor (Close) |
| 118. | | | | SW Photograph 1530 Locust, (P1000384) Glock magazine (Intermediate) |
| 119. | | | | SW Photograph 1530 Locust, (P1000385) Glock magazine (Close) |
| 120. | | | | SW Evidence 2310 Hardesty, (1) Blackberry Curve Pin #32DF92D7; (1) Blackberry Curve Pin #32EB7348 (1B91) |
| 121. | | | | SW Evidence 2310 Hardesty, Samsung Cell Phone Galaxy SIII, R21C810L0SL (1B92) |
| 122. | | | | SW Evidence 2310 Hardesty, Revo Digital Recorder and Power Cables, S/N: 11768911050516 (1B93) |
| 123. | | | | SW Evidence 2310 Hardesty, Sample of Apparent Marijuana from 1B77 (1B182) |
| 124. | | | | SW Evidence 2310 Hardesty, Brick of Apparent Marijuana in Black Bag (1B78 to 1B183 Sample C-D) |
| 125. | | | | SW Evidence 2310 Hardesty, Brick of Apparent Marijuana in Black Bag (1B79 to 1B183 Sample E-F) |
| 126. | | | | SW Evidence 2310 Hardesty, Brick of Apparent Marijuana in Black Bag (1B80 to 1B183 Sample G-H) |
| 127. | | | | SW Evidence 2310 Hardesty, Brick of Apparent Marijuana in Black Bag (1B81 to 1B183 Sample I-J) |
| 128. | | | | SW Evidence 2310 Hardesty, Brick of Apparent Marijuana in White Bag (1B82 to 1B183 Sample K) |
| 129. | | | | SW Evidence 2310 Hardesty, Two Clear Plastic Vacuum Bags (1B83) |
| 130. | | | | SW Evidence 2310 Hardesty, Security Cameras (1B96) |
| 131. | | | | SW Evidence 2310 Hardesty, Ziploc Baggies with Rubber Bands, (2) Razor Scales with White Powder and a Green Leafy Substance (1B84) |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 132. | | | | SW Evidence 2310 Hardesty, Red Bowl with Green Leafy Substance; Coffee Grinder with Powder; Scale with Green Leafy Substance (1B85) |
| 133. | | | | SW Evidence 2310 Hardesty, Two Glass Measuring Cups, One Jar of Creatine Mono hydrate with White Powder Inside (1B87) |
| 134. | | | | Reserved. |
| 135. | | | | Reserved. |
| 136. | | | | SW Evidence 2310 Hardesty, 34 Clear Plastic Vacuum Seal Bags (1B90) |
| 137. | | | | SW Evidence 2310 Hardesty, (1) Magazine with 49 rounds of 5.7 Ammunition from Firearm (1B94) |
| 138. | | | | SW Evidence 2310 Hardesty, Fabrique Nationale Herstal, FNH-PS90, S/N: 062029 (1B95) |
| 139. | | | | SW Evidence 2310 Hardesty, Cement Bag (1B97) |
| 140. | | | | SW Evidence 2310 Hardesty, (2) Security Cameras (1B96) |
| 141. | | | | Reserved. |
| 142. | | | | SW Evidence 2314 Hardesty, Smith & Wesson, SW9VE 9mm, S/N: PBD0487 (Serial Number Appears to be Scratched Out) (1B1240 |
| 143. | | | | SW Evidence 2314 Hardesty, (1) Magazine with 14 Rounds, 9mm (1B125) |
| 144. | | | | SW Evidence 2314 Hardesty, (2) Magazines 11 Rounds; 1 Box of Winchester 9mm Luger (1B125) |
| 145. | | | | SW Evidence 2314 Hardesty, Green Leafy Substance in Baggie (1B126) |
| 146. | | | | Reserved. |
| 147. | | | | SW Evidence 2318 Hardesty, Beretta PX4 Storm, 9mm, S/N: P216146 (1B131) |
| 148. | | | | SW Evidence 2318 Hardesty, Nylon Holster, (1) Magazine Containing Live Rounds (1B132) |
| 149. | | | | SW Evidence 2318 Hardesty, Green Leafy Substance in Baggies (1B127) |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 150. | | | | SW Evidence 2318 Hardesty, 2 Black Scales (1B136) |
| 151. | | | | SW Evidence 2318 Hardesty, Magazine For Glock Handgun (1B132) |
| 152. | | | | SW Evidence 2318 Hardesty, Silver Case with 2 SIM Cards (1B135) |
| 153. | | | | SW Evidence 2318 Hardesty, Black Extended Rack (1B132) |
| 154. | | | | SW Evidence 2318 Hardesty, Boxes Marked as High Performance Ammunition 5.7 x 28mm (140 Cartridges) (1B132) |
| 155. | | | | SW Evidence 2318 Hardesty, Baggie Green Vegetation (1B128) |
| 156. | | | | SW Evidence 2318 Hardesty, Magazine (1B132) |
| 157. | | | | SW Evidence 2318 Hardesty, Baggie Green Vegetation (1B129) |
| 158. | | | | SW Evidence 2318 Hardesty, Baggie Green Vegetation (1B130) |
| 159. | | | | SW Evidence 2318 Hardesty, HTC Cell Phone MT273MB00078 (1B134) |
| 160. | | | | DEA Lab report on marijuana (1B86) |
| 161. | | | | DEA Lab report on marijuana (1B126 AND 1B127) |
| 162. | | | | DEA Lab report on marijuana (1B128) |
| 163. | | | | DEA Lab report on marijuana (1B129 AND 1B130) |
| 164. | | | | DEA Lab report on marijuana (1A-K 5K13361) (1B182, 1B183) |
| 165. | | | | DEA Lab report on marijuana (2A-K 5K13362) (1B185, 1B186) |
| 166. | | | | DEA Lab report on marijuana (1B212) (1B201-206, 1B212, 1B213) |
| 167. | | | | Demonstrative exhibit: Operation Diamond Posse flow chart Andre Taylor DTO. |
| 168. | | | | Demonstrative exhibit: Operation Diamond Posse flow chart Charlie Williams DTO. |
| 169. | | | | Andre Taylor certified criminal convictions. |
| 170. | | | | Reserved. |
| 171. | | | | Stipulation-Marijuana – Lucretia Weber |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 172. | | | | Reserved. |
| 173. | | | | Stipulation-Foundation, Chain of Custody, and Admission of Wiretap Conversations |
| 174. | | | | Stipulation – Phone records |
| 175. | | | | Reserved. |
| 176. | | | | Alan Sanchez plea agreement. |
| 177. | | | | Alan Sanchez cooperation letter. |
| 178. | | | | Robert Taylor plea agreement. |
| 179. | | | | Robert Taylor cooperation letter. |
| 180. | | | | Demonstrative exhibit: Weights and Measurements. |
| 181. | | | | Photos of 2008 Rolls Royce Phantom Drophead Coupe Convertible, VIN: SCA2D685X8UX16139 |
| 182. | | | | Photograph of Rahmon Allen also known as "Llanta" |
| 183. | | | | Demonstrative exhibit: Timeline of Rahmon Allen's arrest in Jacksonville, Florida |
| 184. | | | | Cricket LG Cellular Flip Phone recovered from defendant by Jacksonville FBI on 1/10/18 (1B270) |
| 185. | | | | Apple iPhone with blue case recovered from defendant by Jacksonville FBI on 1/10/18 (1B272) |
| 186. | | | | Reserved. |
| 187. | | | | Search Warrant number 12-SW-299-REL issued for 2310 S. Hardesty, KCMO |
| 188. | | | | Search Warrant number 12-SW-300-REL issued for 2314 S. Hardesty, KCMO |
| 189. | | | | Search Warrant number 12-SW-301-REL issued for 2318 S. Hardesty, KCMO |
| 190. | | | | Search Warrant number 12-SW-302-REL issued for 13401 E. 54th Street, KCMO |
| 191. | | | | Photograph of R. Machiche's Ford F-350 and Big Tex trailer (#P1020807), overall view. |
| 192. | | | | Photograph of R. Machiche's Ford F-350 and Big Tex trailer (#P1020816), overall view. |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 193. | | | | Photograph of R. Machiche's Big Tex trailer (#P1020817), overall view. |
| 194. | | | | Photograph of R. Machiche's Big Tex trailer with the boards off (#P1020827), overall view. |
| 195. | | | | Photograph of R. Machiche's Big Tex trailer with marijuana packages (#P1020829), overall view. |
| 196. | | | | Photograph of R. Machiche's Big Tex trailer with marijuana packages (#P1020831), overall view. |
| 197. | | | | Photograph of marijuana packages recovered from inside the trailer (#P1020836), overall view. |
| 198. | | | | Photograph of a recovered marijuana package, partially opened (#P1020844), intermediate view. |
| 199. | | | | Photograph of a recovered marijuana package, opened showing marijuana (#P1020845), intermediate view. |
| 200. | | | | Photograph of a recovered marijuana package, partially opened (#P1020851), intermediate view. |
| 201. | | | | Photograph of a recovered marijuana package, opened showing marijuana (#P1020852), intermediate view. |
| 202. | | | | Department of Homeland Security, Border Crossing reports for Darryl Taylor, Andre Taylor, and Robert Taylor. |
| 203. | | | | Certified Prior Conviction for Rahmon Allen. |
| 204. | | | | IRS records related to seizure of 2008 Rolls Royce Phantom Drophead Coupe Convertible, VIN: SCA2D685X8UX16139 |
| 205. | | | | IRS report disclosing lack of tax return information for Rahmon D. Allen for the tax years 2008-2010 and 2012-2018 |
| 206. | | | | Photograph of Rahmon Allen also known as "Rick Ross" |
| 207. | | | | Missouri driver's license in Henry D. Emory's name, depicting a photo of Rahmon Allen, recovered from defendant by Jacksonville FBI on 1/10/18 (1B271) |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 208. | | | | Missouri driver's license in Henry D. Emory's name, depicting a photo of an unknown man, recovered from defendant by Jacksonville FBI on 1/10/18 (1B271) |
| 209. | | | | Blue "Gucci" wallet recovered from defendant by Jacksonville FBI on 1-10-18 (1B271) |
| 210. | | | | Capital One credit card in Henry Emory's name recovered from defendant by Jacksonville FBI on 1/10/18 (1B269) |
| 211. | | | | $1,120 cash recovered from defendant by Jacksonville FBI on 1/10/18 (1B268) |
| 212. | | | | Cell phone recovered from Terry Hutton |
| 213. | | | | Bank of America wire transfer advice dated 06/21/12 indicating a $10,000 wire transfer from James Garrett to Calabasas Luxury Motorcars, Inc. |
| 214. | | | | Bank of America wire transfer advice dated 06/29/12 indicating a $38,000 wire transfer from James Garrett to Calabasas Luxury Motorcars, Inc. |
| 215. | | | | Bank of America wire transfer advice dated 07/10/12 indicating a $50,000 wire transfer from James Garrett to Calabasas Luxury Motorcars, Inc. |
| 216. | | | | Bill of sale and related records dated 06/18/2012 from Calabasas Luxury Motorcars, Inc. regarding Rahmon D. Allen's purchase of a 2008 Rolls Royce Drophead Coupe with VIN SCA2D685X8UX16139 |
| 217. | | | | Bank of America Out-of-State Deposits to Calabasas Luxury Motorcars, Inc. dated between 07/10/12 and 07/30/2 |
| 218. | | | | Arrest warrant dated 02/26/14 for Rahmon Allen, returned executed on 02/07/18 by Assistant U.S. Marshal Scott Seeling |
| 219. | | | | FBI Wanted Poster for Rahmon D. Allen |
| 220. | | | | |
| 221. | | | | |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 222. | | | | |
| 223. | | | | |
| 224. | | | | |
| 225. | | | | |
| 226. | | | | |
| 227. | | | | |
| 228. | | | | |
| 229. | | | | |
| 230. | | | | |
| 231. | | | | |
| 232. | | | | |
| 233. | | | | |
| 234. | | | | |
| 235. | | | | |
| 236. | | | | |
| 237. | | | | |
| 238. | | | | |
| 239. | | | | |
| 240. | | | | |