**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | |
| v. | | Case No. 12-00291-18-CR-W-DGK |
| RAHMON ALLEN, | | |
| Defendant. | | |

## ORDER DENYING MOTION FOR AWARD OF ATTORNEYS' FEES

Now before the Court is Rahmon Allen's pro se "Petition for Award of Reasonable Attorney's Fees and Litigation Expenses" (Doc. 946). Following the "not guilty" verdict in his case, Mr. Allen seeks to recover under the Hyde Amendment, 18 U.S.C. § 3006A, the $80,000 in attorneys' fees he reportedly incurred defending this case. Mr. Allen contends he is entitled to the reimbursement of attorney's fees because the Government's prosecution was vexatious, or alternately, frivolous.

The Court holds the Government's prosecution was neither vexatious or frivolous. The Government presented more than sufficient evidence for a trier of fact to find beyond a reasonable doubt that Mr. Allen committed the crime of conspiracy to distribute 1,000 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

The motion is DENIED.

**IT IS SO ORDERED.**

Date: October 1, 2019             /s/ Greg Kays
                                  GREG KAYS, JUDGE
                                  UNITED STATES DISTRICT COURT